STATE of Missouri, Respondent,

v.

Michael J. NICHOLS, Appellant.

No. WD 63565.

Missouri Court of Appeals, Western District.

March 8, 2005.

Amy M. Bartholow, Columbia, MO, for appellant.

Deborah Daniels, Assistant Attorney General, Jefferson City, MO, for respondent.

Before HOWARD, P.J., ULRICH and BRECKENRIDGE, JJ.

### ORDER

PER CURIAM.

Michael J. Nichols was convicted, following a jury trial, of committing violence against an offender in the Missouri Department of Corrections, under section 217.385, RSMo 2000. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 30.25(b).